UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRVING PEREZ,

Plaintiff,

-against-

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK, ET AL.,

Defendants.

26cv3907 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 9, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 27, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge